# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KAYUNDRA YOUNG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 08-cv-545-JPG-PMF |
| | ) |
| CREDIT SOLUTIONS CORP., | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**Dated:** April 13, 2009

                           **JUSTINE FLANAGAN, ACTING CLERK**

                           **By:s/Deborah Agans Deputy Clerk**

**APPROVED:** *s/ J. Phil Gilbert*
                  **U. S. DISTRICT JUDGE**